IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 4:05-CV-59-H2
Eastern Division

BRIAN E. WELLS,
        Plaintiff,

v.

ORDER

MICHAEL J. ASTRUE,
  Commissioner of Social Security,
        Defendant.

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $26,625.00.

This 10th day of November, 2010.

Malcolm J. Howard
United States District Judge